ACCEPTED
05-14-00831-CV
FIFTH COURT OF APPEALS
DALLAS, TEXAS
3/9/2015 5:05:33 PM
LISA MATZ
CLERK

ATTORNEYS AT LAW
1717 MAIN STREET, SUITE 5400  DALLAS, TEXAS  75201-7367

*www.sedgwicklaw.com*  469.227.8200  *phone*  469.227.8004  *fax*

# Sedgwick LLP

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
3/9/2015 5:05:33 PM
LISA MATZ
Clerk

*Mike F. Pipkin*
*Direct 469.227.4663*
*Fax 877.529.5024*
*mike.pipkin@sedgwicklaw.com*

March 9, 2015

*Via E-FileTexas.gov*
Lisa Matz
Clerk of the Court
Fifth Court of Appeals
600 Commerce Street, Suite 200
Dallas, TX 75202-4658

Re: *Dallas Drain Company, Inc. and Kevin Travis v. Kevin D. Welsh and Kelly A. Welsh*
    Court of Appeals No.: 05-14-00831-CV
    Trial Court Case Number: DC-13-09129
    Our File No. 12361-000001

Dear Ms. Matz:

Pursuant to your correspondence of January 29, 2015, this serves as notification that S. Vance Wittie will present oral argument on behalf of Appellants Dallas Drain Company, Inc. and Kevin Travis on March 17, 2015.

Thank you for your attention to this correspondence.

Sincerely yours,

*s/ Mike F. Pipkin*

Mike F. Pipkin
of Sedgwick LLP

MFP/ckd
cc:     Charles W. Gameros, Jr., P.C. *(Counsel for Appellees)*
        S. Vance Wittie *(Sedgwick LLP)*

19977883v1